**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20344-CR-BLOOM/OTAZO-REYES**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**CHRISTOPHER MATHEW DOYLE,**

    **Defendant.**

_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on July 2, 2021, a hearing was held to determine whether defendant **CHRISTOPHER MATHEW DOYLE** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that defendant **CHRISTOPHER MATHEW DOYLE** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by indictment in the Southern District of Florida with possession of a firearm and ammunition by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

2. The weight of the evidence against the defendant is substantial. The government has proffered that on November 10, 2020, the defendant was pulled over during a traffic stop. Law enforcement officers arrested the defendant for driving without a driver's license. A search of the car driven by the defendant revealed a gun and ammunition underneath the gearshift. Law

enforcement officers also found a holster in plain view. While in the police car, the defendant spoke to persons in the community and said, "Tell Fat Boy they got it." The defendant told law enforcement officers he had touched the gun earlier that day.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on February 24, 1984 in Miami, Florida. The defendant has been arrested 26 times in 20 years. He has previously been convicted of violent felonies including two separate robberies where he pistol whipped the victims of those robberies, battery in a domestic violence dispute and a second battery of a different person. The defendant also has three probation violations, most recently in 2018. Title 18, United States Code, Section 3142(g)(3)(A).

4. The Court specifically finds by clear and convincing evidence that there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community. Due to the involvement of a gun in the instant offense and the defendant's criminal history which includes violent offenses and the use of firearms, the Court finds that the defendant would continue to engage in unlawful conduct and use firearms if released on bond. Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this defendant presents a danger to other persons and the community.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED in Chambers at Miami, Florida, this **2nd** day of July, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE